

| HON. MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MARTHA NIMMER<br>*Special Assistant Corporation Counsel*<br>Cell: (917) 499-8632 |

June 10, 2025

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

> *Time to respond extended to 7/13/25.*
> *July 2, 2025 conference is canceled.*

Re:   *A.Y., et al. v. New York City Dep't. of Educ.*, 25-cv-1470 (JGK)(HJR)

Dear Judge Koeltl:

> *So ordered*
> */s/ G Koeltl USDJ*
> *6/11/25*

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on administrative proceedings under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

Defendant writes to respectfully request that the June 13, 2025 answer deadline be extended to July 13, 2025. Defendant also respectfully requests that the July 2, 2025 initial conference be adjourned to August 4, 2025, or a time thereafter more convenient for the Court. Plaintiff consents to both of these requests. This is the second request for an answer extension and the first request for a conference adjournment. The first answer extension was requested on March 19, 2025 and granted by Your Honor that day. The requested extension will allow the parties to continue settlement discussions, now that Defendant has made an offer to Plaintiff.

Thank you for considering this request.

Respectfully submitted,

/s/
_____
Martha Nimmer
Special Assistant Corporation Counsel

cc: Emily Thomas, Esq. (via ECF)